UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GRI CORPORATION | )   CASE NO.: 92-10001 |
| | ) |
| | )   CHAPTER 7 |

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of ASAP Mail Services Inc. (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, it appearing to the Court that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all of the Claimant's funds (in the approximate amount of $1,783.77) held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 be paid to ASAP Mail Services Inc. (Tax ID#xx-xxx8570 ) and mailed to Neely Goen at American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013.

Dated this 16th day of December 2008.

_____
United States Bankruptcy Judge

CC: Financial Administrator

ORIGINAL